**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>**Mary Torrey Mardsen**<br>**aka Mary A. Torrey,**<br>                    Debtor.<br><br><br>**MTGLQ Investors, L.P.,**<br><br>                    Objecting Party<br>      v.<br><br>**Mary Torrey Mardsen, Debtor, and William C. Miller, Ch. 13 Trustee,**<br><br><br>                    Respondents. | Bankruptcy 18-14187-mdc<br><br>Chapter 13<br><br>Related to Doc. No. 5 |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

MTGLQ Investors, L.P. ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE #5), and states as follows:

1. Debtor, Mary Torrey Mardsen ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on June 25, 2018.

2. Secured Creditor holds a security interest in the Debtor's real property located at 1902 CHIPPEWA RIDGE, AMBLER, PA 19002, by virtue of a Mortgage recorded on June 8, 2005 in Book 11486, at Page 0396 of the Public Records of Montgomery County, PA. Said Mortgage secures a Note in the amount of $124,200.00.

3. The Debtor filed a Chapter 13 Plan on June 25, 2018.

4. The Plan includes payments toward the Note and Mortgage with Secured Creditor, however the figures used by the Debtor are inaccurate. It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is $27,564.88, whereas the Plan proposes to pay only $24,900.00. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $27,564.88 as the pre-petition arrearage over the life of the plan.

5. The Plan does not appear feasible due to inadequate treatment of Secured Creditor's claim. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(3) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

RAS Citron, LLC
Attorney for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

By: /s/Kevin Buttery
Kevin Buttery, Esquire
PA Bar Number 319438
Email: kbuttery@rascrane.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy 18-14187-mdc** |
| **Mary Torrey Mardsen** <br> **aka Mary A. Torrey,** | **Chapter 13** |
| Debtor. | **Related to Doc. No. 5** |
| **MTGLQ Investors, L.P.,** | |
| Objecting Party <br> v. | |
| **Mary Torrey Mardsen, Debtor, and William C. Miller, Ch. 13 Trustee,** | |
| Respondents. | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 2, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MARY TORREY MARDSEN (PRO SE)
1902 CHIPPEWA RIDGE
AMBLER, PA 19002

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

                    RAS Citron, LLC
                    Attorney for Secured Creditor
                    130 Clinton Road, Suite 202
                    Fairfield, NJ 07004
                    Telephone: 973-575-0707
                    Facsimile: 973-404-8886

                    By: /s/Kevin Buttery
                    Kevin Buttery, Esquire
                    PA Bar Number 319438
                    Email: kbuttery@rascrane.com